THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND DuBOIS, Appellant.— Judgment of conviction of the Children's Court of Orange county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER HAAS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, reversed upon the law and the facts and new trial ordered. The guilt of defendant was not established beyond a reasonable doubt. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME MUSIAL and Others, Appellants.— Judgment of conviction of the County Court of Queens county affirmed under section 542 of the Code of Criminal Procedure. Lazansky, P. J., Rich, Carswell and Scudder, JJ., concur; Kapper, J., dissents upon the ground that the testimony of the witness Cunningham, called in rebuttal by the prosecution, was incompetent and prejudicial.

ALBERT RAPFOGEL, Appellant, Respondent, v. VICTORY ELECTRICAL SUPPLY Co., INC., Respondent, Appellant.— Judgment modified by adding thereto the sum of $347.31, plus interest of $18.23, making a total of $365.54, and as so modified unanimously affirmed, without costs. This addition represents a clerical error made by the learned official referee in calculating the commission due the plaintiff on the Ludwig Baumann transaction. In view of our modification of the judgment, the appeal from the order is dismissed, without costs. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. Settle order on notice.

ROSETH REALTY Co., INC., Respondent, v. DAVID DORNSTREICH, Defendant. STEEL-CRETE HOMES Co., INC., Appellant; ZASHIN REALTY CORPORATION and Others, Defendants.— Judgment modified by providing that the sum of $400 be credited to appellant on the deficiency judgment, and as so modified unanimously affirmed, without costs. The evidence clearly shows that appellant was entitled to an allowance of $400, and this amount should be credited on the deficiency judgment. The judgment roll previously entered is received by this court in support of an affirmance of the judgment. (*Dunham* v. *Townshend*, 118 N. Y. 281, 286; *Karfiol* v. *City of New York*, 119 App. Div. 70.) Findings of fact numbered 24 to 31, inclusive, conclusions of law numbered 7 and 8, and inconsistent findings and conclusions with respect to the said sum of $400 are reversed, and new findings, incorporating recitals covering the history of the case, without interpreting the effect or consequence of what was done, will be substituted therefor. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ. Settle order on notice.

LOUIS TUNICK, Appellant, Respondent, v. J. P. MAGNER BATHS AND POOL, INC., Respondent, Appellant.— Judgment unanimously affirmed, without costs. Resettled order allowing amendment of complaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

EMMA L. VAN SISE, as Administratrix, etc., of BENJAMIN NATHAN VAN SISE, Respondent, v. JARVIS SMITH, Appellant.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Rich and Scudder, JJ., dissent and vote for reversal and a new trial.